UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RELIANCE INSURANCE COMPANY OF ILLINOIS, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:97-cv-00027-RLY/TAB |
| RAYBESTOS PRODUCTS COMPANY, | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY, | ) ) ) ) ) | |
| Third Party Defendants. | ) | |

**ORDER ON RAYTECH CORPORATION'S MOTION TO INTERVENE AS THIRD PARTY PLAINTIFF**

Pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, Raytech Corporation hereby moves for leave to intervene as a Third-Party Plaintiff in this cause and to join in the Motion to Vacate Arbitration Award filed by Raybestos Products Company. The Motion to Vacate seeks to set aside the arbitration award that denied insurance coverage to Raybestos and, by Stipulated Award, to Raytech. The court, having read and reviewed Raytech's motion, and there being no objection filed by the parties, now finds Raytech's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Raytech Corporation's Motion to Intervene as Third Party Plaintiff is **GRANTED**.

**SO ORDERED** this  31st   day of August 2006.

                                                    RICHARD L. YOUNG, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Electronic Copies to:

Alfred L. Buchanan
MICHAELS & MAY PC
abuchanan@michaelsmay.com

Jeffrey D. Claflin
PLEWS SHADLEY RACHER & BRAUN
jclaflin@psrb.com

Jeffrey D. Featherstun
PLEWS SHADLEY RACHER & BRAUN
jfeather@psrb.com

G. Ronald Heath
HOOVER HULL LLP
grheath@hooverhull.com

Martha S. Hollingsworth
BINGHAM MCHALE, LLP
mhollingsworth@binghammchale.com

Karl L. Mulvaney
BINGHAM MCHALE, LLP
kmulvaney@binghammchale.com

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
bnelson@psrb.com

Tracy Alan Saxe
SAXE DOERNBERGER & VITA
tas@sdvlaw.com

Jeffrey A. Townsend
PLEWS SHADLEY RACHER & BRAUN
jtownsend@psrb.com

Thomas E. Wheeler II
LOCKE REYNOLDS LLP
twheeler@locke.com

Mark W. Zimmerman
CLAUSEN MILLER PC
mzimmerman@clausen.com


Copies to:

Peter G. Bora
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Brian E. Mahoney
COHN BAUGHMAN & MARTIN
333 West Wacker Drive
Chicago, IL 60606

Chris Phillips
HARTFORD FINANCIAL SERVICES
Cambridge Integrated Solutions
5 Hanover Square
New York, NY 10004