UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RELIANCE INSURANCE COMPANY OF ILLINOIS, <br>     Plaintiff, <br>   vs. <br> RAYBESTOS PRODUCTS COMPANY, <br>     Defendant/Third Party Plaintiff, <br> RAYTECH CORPORATION, <br>     Intervening Third Party Plaintiff. <br>   vs. <br> UNITED STATES FIDELITY AND GUARANTY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY, <br>     Third Party Defendants. | 1:97-cv-00027-RLY/TAB |

**FINAL JUDGMENT**

The court, having determined that the Final Award of the American Arbitration Association ("AAA") dated June 27, 2006, is confirmed in favor of Third Party Defendant Westchester Fire Insurance Company in the matter of the arbitration of *Raybestos Products Company, Claimant and Counter-Respondent v. United States Fidelity and Guaranty Company and Westchester Fire Insurance Company, Respondents*

1

*and Counter-Claimants*, Case No.: 52 195Y 00698 04, pursuant to the AAA's August 10, 2005 Memorandum and Order on Cross-Motions for Summary Determination, and pursuant to the stipulation of the parties that Counter-Defendant Raytech Corporation ("Raytech") is bound by the Final Award of the AAA, as reflected in same, it is

  **ORDERED and DECREED** that Final Judgment be, and it hereby is, entered in favor of Third-Party Defendant, Westchester Fire Insurance Company and against Third-Party Plaintiff, Raybestos Products Company and Counter-Defendant Raytech Corporation, with costs to be taxed by the Clerk.

**SO ORDERED** this __24th__ day of January 2007.

              _____
              RICHARD L. YOUNG, JUDGE
              United States District Court
              Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
 Deputy Clerk, U.S. District Court

Electronic Copies to:

Alfred L. Buchanan
MICHAELS & MAY PC
abuchanan@michaelsmay.com

Jeffrey D. Claflin
PLEWS SHADLEY RACHER & BRAUN
jclaflin@psrb.com

Jeffrey D. Featherstun
PLEWS SHADLEY RACHER & BRAUN
jfeather@psrb.com

G. Ronald Heath
HOOVER HULL LLP
grheath@hooverhull.com

Martha S. Hollingsworth
BINGHAM MCHALE, LLP
mhollingsworth@binghammchale.com

Karl L. Mulvaney
BINGHAM MCHALE, LLP
kmulvaney@binghammchale.com

Brett E. Nelson
PLEWS SHADLEY RACHER & BRAUN
bnelson@psrb.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Tracy Alan Saxe
SAXE DOERNBERGER & VITA
tas@sdvlaw.com

Jeffrey A. Townsend
PLEWS SHADLEY RACHER & BRAUN
jtownsend@psrb.com

Thomas E. Wheeler II
LOCKE REYNOLDS LLP
twheeler@locke.com

Mark W. Zimmerman
CLAUSEN MILLER PC
mzimmerman@clausen.com


Copies to:

Brian E. Mahoney
COHN BAUGHMAN & MARTIN
333 West Wacker Drive
Chicago, IL 60606

Peter G. Bora
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL 60603-1098

Chris Phillips
HARTFORD FINANCIAL SERVICES
Cambridge Integrated Solutions
5 Hanover Square
New York, NY 10004